AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| JOHN LEMA<br>*Plaintiff*<br>v.<br>CALIFORNIA STATE UNIVERSITY, ET AL.<br>*Defendant* | ) ) ) ) ) ) | Civil Action No. 21CV2131 JAH KSC |

## WAIVER OF THE SERVICE OF SUMMONS

To: CALIFORNIA STATE UNIVERSITY  Law Office of Keith attman
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____02/18/2022_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 2/28/2022

Board of Trustees of the California State University
*Printed name of party waiving service of summons*

*Signature of the attorney or unrepresented party*

Susan Westover
*Printed name*

401 Golden Shore, LB CA 90802
*Address*

swestover@calstate.edu
*E-mail address*

562-951-4500
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

## PROOF OF SERVICE

### John Lema v. The Board of Trustees of the California State University, et al.
### United States District Court Case No. 21CV2131 JAH KSC
### OGC No. 22-0168

I, Jason Taylor, declare as follows:

I am employed in the County of Los Angeles, State of California. I am at least 18 years old, and not a party to this action. I am an employee of California State University, Office of General Counsel, whose business address is 401 Golden Shore, Long Beach, CA 90802-4210.

On **March 1, 2022**, I served the document described as **WAIVER OF THE SERVICE OF SUMMONS** on the interested parties in this action as follows:

| | |
|---|---|
| Keith Altman, Esq.<br>The Law Office of Keith Altman<br>33228 West 12 Mile Road<br>Suite 375<br>Farmington Hills, Michigan 48334 | Attorneys for Plaintiff John Lema<br><br>Tel: (248) 987-8929<br>keithaltman@kaltmanlaw.com |
| Corrie J. Klekowski, Esq.<br>Paul, Plevin, Sullivan & Connaughton, LLP<br>101 West Broadway, Ninth Floor<br>San Diego, California 92101 | Attorneys for Defendant Board of Trustees of the California State University<br><br>Tel: (619) 237-5200<br>Fax: (619) 615-0700<br>cklekowski@paulplevin.com |

☒ ***BY MAIL—COLLECTION BOX:*** I placed each document in a sealed envelope with postage fully prepaid, in the California State University Office of General Counsel's mail collection box in Long Beach, California, so that following ordinary business practices, the envelope would be collected and mailed on this date. I am readily familiar with this office's business practice for collection and processing of mail. In the ordinary course of business, each document would be deposited with the United States Postal Service on that same day.

☐ ***BY MAIL—PERSONAL DEPOSIT:*** I placed each document in a sealed envelope with postage fully prepaid and then deposited the envelope in a mail box regularly maintained by the United States Postal Service in Long Beach, California.

☐ ***BY PERSONAL SERVICE:*** I delivered each document in a sealed envelope by hand to each addressee above.

☐ ***BY OVERNIGHT DELIVERY:*** I placed each document in a sealed envelope with delivery fees fully prepaid, to be deposited in a box regularly maintained by Golden State Overnight. I am readily familiar with this office's practice for collection and processing of documents for overnight delivery and know that in the ordinary course of California State University Office of General Counsel's business practice the envelope will be deposited in a box or other facility regularly maintained by Golden State Overnight or delivered to a courier authorized by Golden State Overnight to receive documents on the same date it is placed for collection.

☐ ***BY FACSIMILE:*** By use of facsimile machine number (562) 951-4956 [4959], on March 1, 2022, at Long Beach, California, I served each document on the parties by transmitting each document to each facsimile numbers above, which are the facsimile machine telephone numbers last given by those parties. Each transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine. A copy is attached, and shows the actual time of transmission.

☒ ***BY E-MAIL:*** I served each document on the parties by emailing each document in PDF format to each email address listed above. Each e-mail was successfully sent via CSU's email server.

Signed on March 1, 2022, at Long Beach, California. I declare under penalty of perjury under the laws of the State of California that this declaration is true and correct.

*Jason J. Taylor*
Jason Taylor

4836-3486-2489, v. 1