| | |
|---|---|
| 1 | CORRIE J. KLEKOWSKI (SBN 251338) |
| | cklekowski@paulplevin.com |
| 2 | HEATHER C. DAVIS (SBN 307850) |
| | hdavis@paulplevin.com |
| 3 | **PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP** |
| 4 | 101 West Broadway, Ninth Floor |
| | San Diego, California 92101-8285 |
| 5 | Telephone: 619-237-5200 |
| | Facsimile: 619-615-0700 |
| 6 | |
| 7 | Attorneys for Defendants The Board of Trustees of the California State University; Andrea Parashos; and Lee Mintz |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| John Lema,<br><br>    Plaintiff,<br><br>    v.<br><br>The Board of Trustees of the California State University System, through its subdivision San Diego State University, Andrea Parashos (in her Individual Capacity), Lee Mintz (in her Individual Capacity), and Does 1-20 (in Their Individual Capacities),<br><br>    Defendants. | Case No. 21CV2131 JAH KSC<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT PURSUANT TO F.R.C.P. 12(b)(1) & (6)**<br><br>Hearing Date: June 29, 2022<br>Time: 10:30 a.m.<br>District Judge: Hon. John A. Houston<br>Crtrm.: 13B<br><br>Mag. Judge: Hon. Karen S. Crawford<br>Crtrm: Suite 1010<br>Trial Date: Not Set<br><br>**EXEMPT FROM FEES**<br>**GOVT. CODE § 6103** |

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

Case No. 21CV2131 JAH KSC

TO THE COURT, PLAINTIFF JOHN LEMA AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants Board of Trustees of the California State University ("CSU" or the "University"), Andrea Parashos, and Lee Mintz ("Defendants") Motion to Dismiss the Complaint Pursuant to F.R.C.P. 12(b)(1) & (6) will be heard on June 29, 2022, at 10:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable John A. Houston, United States District Judge, located in Courtroom 13B of the United States District Court for the Southern District of California, 333 West Broadway, Suite 1380, San Diego, CA 92101.

This Motion to Dismiss the Complaint is made pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6) on the grounds that this Court lacks subject-matter jurisdiction, and that Plaintiff has failed to state a claim upon which relief can be granted.  Defendants move this Court to dismiss, with prejudice, the entirety of the Complaint on the following grounds:

- The first cause of action for due process violations under Section 1983 against Defendants must be dismissed pursuant to Rule 12(b)(1) and (6) because it is barred by the Eleventh Amendment of the Constitution.
- The first cause of action for due process violations under Section 1983 against Defendants must be dismissed pursuant to Rule 12(b)(6) because it is barred by the statute of limitations.
- The second, third, fourth, and fifth causes of action against Defendants must be dismissed pursuant to Rule 12(b)(6) because under California Government Code section 821.6, Defendants are immune from conduct related to instituting or prosecuting an administrative investigation or proceeding.
- The second, third, fourth, and fifth causes of action against the University for must be dismissed pursuant to Rule 12(b)(6) because

under California Government Code section 815, public entities cannot be liable for common law claims.

- The second, third, fourth, and fifth causes of action against Defendants for must be dismissed pursuant to Rule 12(b)(6) because under California Government Code section 820.2, Defendants are immune from state officials' discretionary decisions.

- The fourth and fifth causes of action against Dr. Mintz and Ms. Parashos for negligent and fraudulent misrepresentation must be dismissed pursuant to Rule 12(b)(6) because under California Government Code section 822.2, public employees cannot be liable for injuries caused by their misrepresentations.

- The fourth and fifth causes of action against the University for negligent and fraudulent misrepresentation must be dismissed pursuant to Rule 12(b)(6) because under California Government Code section 818.8, public entities cannot be liable for injuries caused by their misrepresentations.

- The second, third, fourth, and fifth causes of action against Defendants must be dismissed pursuant to Rule 12(b)(6) because they are barred by the California Tort Claims Act.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  This motion is based upon this Notice of Motion and Motion to Dismiss, the
2  accompanying Memorandum of Points and Authorities in Support of Defendants'
3  Motion to Dismiss, Notice of Lodgment of Exhibits and exhibits attached thereto,
4  Declaration of Lee Mintz, Request for Judicial Notice, the complete court files in
5  this case, and all other evidence or argument that may be presented by counsel at or
6  before the time of hearing.

8  Dated: April 19, 2022        PAUL, PLEVIN, SULLIVAN &
                                CONNAUGHTON LLP

                                By:     *s/Corrie J. Klekowski*
                                    CORRIE J. KLEKOWSKI
                                    HEATHER C. DAVIS
                                    Attorneys for Defendants The Board of
                                    Trustees of the California State University;
                                    Andrea Parashos; and Lee Mintz