CORRIE J. KLEKOWSKI (SBN 251338)
cklekowski@paulplevin.com
HEATHER C. DAVIS (SBN 307850)
hdavis@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile:  619-615-0700

Attorneys for Defendants The Board of Trustees of the California State University; Andrea Parashos; and Lee Mintz

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Lema,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>The Board of Trustees of the California State University System, through its subdivision San Diego State University, Andrea Parashos (in her Individual Capacity), Lee Mintz (in her Individual Capacity), and Does 1-20 (in Their Individual Capacities),<br><br>　　　　Defendants. | Case No. 21CV2131 JAH KSC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT PURSUANT TO F.R.C.P. 12(b)(1) & (6)**<br><br>Date:　　　　　June 29, 2022<br>Time:　　　　　10:30 a.m.<br>District Judge:　Hon. John A. Houston<br>Crtrm.:　　　　13B<br><br>Mag. Judge:　　Hon. Karen S. Crawford<br>Crtrm:　　　　 Suite 1010<br>Trial Date:　　　Not Set<br><br>**EXEMPT FROM FEES<br>GOVT. CODE § 6103** |

TO THE COURT. PLAINTIFF JOHN LEMA AND HIS ATTORNEYS OF RECORD:

Defendants the Board of Trustees of the California State University ("CSU"), Lee Mintz, and Andrea Parashos respectfully request this Court to judicially notice the following documents:

**Exhibit A:   CSU's Executive Order 1098 revised on March 29, 2019.**

Federal Rule of Evidence 201(b) allows a court to take judicial notice of a fact "not subject to reasonable dispute because it…can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  For example, courts may take judicial notice of regulations.  (*National Agr. Chemicals Ass'n v. Rominger,* 500 F.Supp.465, 472 (E.D. Cal. 1980) [taking judicial notice of California state regulations]; *Northern Heel Corp. v. Compo Industries, Inc.*, 851 F.2d 456 (2nd Cir. 1988) [taking judicial notice of OSHA regulations].)  A matter that is properly the subject of judicial notice may be considered along with the complaint when deciding a motion to dismiss.  (*Skilstaf, Inc. v. CVS Caremark Corp.*, 669 F.3d 1005, 1016, fn. 9 (9th Cir. 2012); *In re Colonial Mortg. Bankers Corp.*, 324 F.3d 12, 16, 19 (1st Cir. 2003); *Henson v. CSC Credit Servs.*, 29 F.3d 280, 284 (7th Cir. 1994).)

Here, CSU's Executive Order 1098 ("EO 1098") is subject to judicial notice under Rule 201(b).  EO 1098 regulates CSU's response to alleged student conduct violations and has the full force and effect of law.  (See *Zumwalt v. Trustees of Cal. State Colleges* (1973) 33 Cal.App.3d 665, 675.)  Moreover, EO 1098 codifies a comprehensive scheme of state laws requiring CSU adopt procedures governing student behavior and disciplinary action against students.  (Cal. Ed. Code §§ 66300, 66017, see also Cal. Code Regs. tit. 5 §§ 41301 and 41302.)  Because EO 1098 is a regulation, with the full force and effect of law, which is not reasonably subject to dispute, it may be judicially noticed by the Court.

/ / /

Defendants respectfully request that the Court take judicial notice of CSU's Executive Order 1098 revised on March 29, 2019, as Exhibit A to the Notice of Lodgment filed herewith.

Dated: April 19, 2022　　　　　　　PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By:    *s/Corrie J. Klekowski*
CORRIE J. KLEKOWSKI
HEATHER C. DAVIS
Attorneys for Defendants The Board of Trustees of the California State University; Andrea Parashos; and Lee Mintz