CORRIE J. KLEKOWSKI (SBN 251338)
cklekowski@paulplevin.com
HEATHER C. DAVIS (SBN 307850)
hdavis@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile:  619-615-0700

Attorneys for Defendants The Board of Trustees of the California State University; Andrea Parashos; and Lee Mintz

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Lema,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>The Board of Trustees of the California State University System, through its subdivision San Diego State University, Andrea Parashos (in her Individual Capacity), Lee Mintz (in her Individual Capacity), and Does 1-20 (in Their Individual Capacities),<br><br>　　　　　Defendants. | Case No. 21CV2131 JAH KSC<br><br>**DECLARATION OF LEE MINTZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6)**<br><br>Date:　　　　　June 29, 2022<br>Time:　　　　　10:30 a.m.<br>District Judge: Hon. John A. Houston<br>Crtrm.:　　　　13B<br><br>Mag. Judge:　　Hon. Karen S. Crawford<br>Crtrm:　　　　Suite 1010<br>Trial Date:　　　Not Set<br><br>**EXEMPT FROM FEES<br>GOVT. CODE § 6103** |

I, Lee Mintz, declare as follows:

1. I am over 18 years of age, and I am a resident of the State of California. I am employed by defendant Board of Trustees of The California State University ("CSU" or the "University") as the Director of the Center for Student Rights and Responsibilities at San Diego State University ("SDSU"), a position I have held since March 2011. I have also been one of SDSU's Deputy Title IX Coordinators since 2012.

2. I have personal knowledge of the following facts and, if called as a witness to testify to them, I could and would testify competently and do so under oath.

3. The University's standards for student conduct is codified in Title 5, Section 41301 of the California Code of Regulations.

4. The University's response to alleged student conduct violations is governed by Executive Order 1098 ("EO 1098"). A true and correct copy of EO 1098 is attached to the Notice of Lodgment ("NOL") as Exhibit A. The University's Executive Orders, including EO 1098, are issued by CSU's Chancellor and apply to all CSU campuses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18th day of April, 2022, at San Diego, California.

_____
Lee Mintz