CORRIE J. KLEKOWSKI (SBN 251338)
cklekowski@paulplevin.com
HEATHER C. DAVIS (SBN 307850)
hdavis@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile:  619-615-0700

Attorneys for Defendants The Board of Trustees of the California State University; Andrea Parashos; and Lee Mintz

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Lema,<br><br>    Plaintiff,<br><br>v.<br><br>The Board of Trustees of the California State University System, through its subdivision San Diego State University, Andrea Parashos (in her Individual Capacity), Lee Mintz (in her Individual Capacity), and Does 1-20 (in Their Individual Capacities),<br><br>    Defendants. | Case No. 21CV2131 JAH KSC<br><br>**DEFENDANTS' NOTICE OF SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT [C.C.P. § 425.16] AND FOR ATTORNEYS' FEES**<br><br>Hearing Date:  June 29, 2022<br>Time:             10:30 a.m.<br>District Judge:  Hon. John A. Houston<br>Crtrm.:           13B<br><br>Mag. Judge:    Hon. Karen S. Crawford<br>Crtrm:           Suite 1010<br>Trial Date:      Not Set<br><br>**EXEMPT FROM FEES<br>GOVT. CODE § 6103** |

TO THE COURT, PLAINTIFF JOHN LEMA AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants Board of Trustees of the California State University ("CSU" or the "University"), Andrea Parashos, and Lee Mintz (collectively "Defendants") Special Motion to Strike Plaintiff's Complaint [C.C.P. § 425.16] and for Attorneys' Fees will be heard on June 29, 2022, at 10:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable John A. Houston, United States District Judge, located in Courtroom 13B of the United States District Court for the Southern District of California, 333 West Broadway, Suite 1380, San Diego, CA 92101.

This Special Motion to Strike and for an Award of Attorney's Fees According to Proof is made pursuant to California Code of Civil Procedure section 425.16 on the grounds that the Plaintiff's state law claims arise from acts in furtherance of Defendants' right of petition or free speech under the United States or California Constitution.  The state law claims constitute an impermissible restriction of Defendants' constitutional rights under California Code of Civil Procedure section 425.16.  Further, Plaintiff will not prevail on his state law claims because they are barred by various California immunities, defenses, and privileges.

Specifically, Defendants move to strike, in their entirety, the following state law claims, and seek all attorneys' fees accumulated in defending against these state law claims, pursuant to Section 425.16:

- Plaintiff's second cause of action for negligence.
- Plaintiff's third cause of action for negligent infliction of emotional distress.
- Plaintiff's fourth cause of action for negligent misrepresentation.
- Plaintiff's fifth cause of action for fraudulent misrepresentation.

This motion is based upon this Notice of Motion and Special Motion to Strike, the accompanying Memorandum of Points and Authorities in Support of

Defendants' Special Motion to Strike and for Attorney's Fees, Notice of Lodgment of Exhibits and exhibits attached thereto, Declaration of Lee Mintz, the complete court files in this case, and all other evidence or argument that may be presented by counsel at or before the time of hearing.

Dated:  April 19, 2022

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By:    *s/Corrie J. Klekowski*
CORRIE J. KLEKOWSKI
HEATHER C. DAVIS
Attorneys for Defendants The Board of Trustees of the California State University; Andrea Parashos; and Lee Mintz