UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEMA,<br><br>                    Plaintiff,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY SYSTEM, through its subdivision of the California State University System; ANDREA PARASHOS, in her individual capacity; LEE MINTZ, in her individual capacity; and DOES 1-20,<br><br>                    Defendants. | Case No.: 3:21-cv-02131-JAH-KSC<br><br>**ORDER VACATING HEARING** |

    Pending before the Court is Defendants The Board of Trustees of the California State University System, Andrea Parashos, and Lee Mintz's Motion to Dismiss the Complaint Pursuant to F.R.C.P. 12(b)(1) & (6), (ECF No. 6), and Special Motion to Strike [C.C.P. § 425.16] and For Attorneys' Fees, (ECF No. 7).  After a careful review of the pleadings, the Court deems the motions suitable for adjudication without oral argument. *See* CivLR 7.1.d.1.  Accordingly, IT IS HEREBY ORDERED the motions are taken under submission without oral argument and the hearing set for June 29, 2022, at 10:30 a.m. is **VACATED**.  The Court will issue an order in due course.

    **IT IS SO ORDERED.**

DATED: June 22, 2022

                                                                                                                      */s/ John A. Houston*

                                                                     JOHN A. HOUSTON<br>
                                                                     UNITED STATES DISTRICT JUDGE