CORRIE J. KLEKOWSKI (SBN 251338)
corrie.klekowski@quarles.com
HEATHER C. DAVIS (SBN 307850)
heather.davis@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile:  619-615-0700

Attorneys for Defendants The Board of Trustees of the California State University; Andrea Parashos; and Lee Mintz

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Lema,<br><br>             Plaintiff,<br><br>     v.<br><br>The Board of Trustees of the California State University System, through its subdivision San Diego State University, Andrea Parashos (in her Individual Capacity), Lee Mintz (in her Individual Capacity), and Does 1-20 (in Their Individual Capacities),<br><br>             Defendants. | Case No. 21CV2131 JAH KSC<br><br>**DEFENDANTS ANDREA PARASHOS AND LEE MINTZ'S VERIFIED ANSWER TO PLAINTIFF JOHN LEMA'S COMPLAINT**<br><br>District Judge: Hon. John A. Houston<br>Crtrm.:         13B<br>Mag. Judge:  Hon. Karen S. Crawford<br>Crtrm:          Suite 1010<br>Trial Date:    Not Set<br><br>**EXEMPT FROM FEES<br>GOVT. CODE § 6103** |

Defendants Andrea Parashos ("Parashos") and Lee Mintz ("Mintz") (collectively Parashos and Mintz shall be referred to herein as "Defendants") specifically answer each and every paragraph in the Complaint filed by Plaintiff John Lema ("Plaintiff") as follows:

## BACKGROUND

1.    Answering Paragraph 1, Defendants admit that Plaintiff was enrolled as a student at San Diego State University ("SDSU"), but deny each and every remaining allegation in Paragraph 1.

2.    Paragraph 2 contains legal conclusions to which no answer is required.

**THE PARTIES**

3. Answering Paragraph 3, Defendants admit that Plaintiff was enrolled as a student at SDSU. Defendants do not have sufficient information to admit or deny the remaining allegations in Paragraph 3 and, on that basis, deny them.

4. Answering Paragraph 4, Defendants admit that the Board of Trustees of the California State University is the State of California acting in its higher education capacity. Defendants also admit that SDSU is located in San Diego, California and is one of the campuses within the California State University system. Defendants deny each and every remaining allegation in Paragraph 4.

5. Answering Paragraph 5, Defendant Parashos admits that she was a Title IX and Student Conduct Investigator for the Center for Student Rights and Responsibilities at SDSU, and denies each and every remaining allegation in Paragraph 5.

6. Answering Paragraph 6, Defendant Mintz admits that she was the Director for the Center for Student Rights and Responsibilities and a Deputy Title IX Coordinator at SDSU, and denies each and every remaining allegation in Paragraph 6.

7. Answering Paragraph 7, Defendants do not have sufficient information to admit or deny and, on that basis, deny the allegations in Paragraph 7.

**JURISDICTION AND VENUE**

8. Paragraph 8 contains legal conclusions to which no answer is required.

9. Paragraph 9 contains legal conclusions to which no answer is required.

10. Paragraph 10 contains legal conclusions to which no answer is required.

11. Paragraph 11 contains legal conclusions to which no answer is required.

12. Paragraph 12 contains legal conclusions to which no answer is required.

13. Paragraph 13 contains legal conclusions to which no answer is required.

14. Paragraph 14 contains legal conclusions to which no answer is required.

15. Paragraph 15 contains legal conclusions to which no answer is required.

16. Paragraph 16 contains legal conclusions to which no answer is required.

**FACTS**

17. Answering Paragraph 17, Defendants admit that Plaintiff was enrolled as a student at SDSU. Defendants do not have sufficient information to admit or deny the remaining allegations in Paragraph 17 and, on that basis, deny them.

18. Answering Paragraph 18, Defendants do not have sufficient information to admit or deny and, on that basis, deny the allegations in Paragraph 18.

19. Answering Paragraph 19, Defendants do not have sufficient information to admit or deny and, on that basis, deny the allegations in Paragraph 19.

20. Answering Paragraph 20, Defendants do not have sufficient information to admit or deny and, on that basis, deny the allegations in Paragraph 20.

21. Answering Paragraph 21, Defendants do not have sufficient information to admit or deny and, on that basis, deny the allegations in Paragraph 21.

22. Answering Paragraph 22, Defendants do not have sufficient information to admit or deny and, on that basis, deny the allegations in Paragraph 22.

///

23. Answering Paragraph 23, Defendants do not have sufficient information to admit or deny and, on that basis, deny the allegations in Paragraph 23.

24. Answering Paragraph 24, Defendants do not have sufficient information to admit or deny and, on that basis, deny the allegations in Paragraph 24.

25. Paragraph 25 contains legal conclusions to which no answer is required.

26. Answering Paragraph 26, Defendants do not have sufficient information to admit or deny and, on that basis, deny the allegations in Paragraph 26.

27. Answering Paragraph 27, Defendants do not have sufficient information to admit or deny and, on that basis, deny the allegations in Paragraph 27.

28. Answering Paragraph 28, Defendant Parashos denies each and every allegation in Paragraph 28.

29. Answering Paragraph 29, Defendants do not have sufficient information to admit or deny and, on that basis, deny the allegations in Paragraph 29.

30. Answering Paragraph 30, Defendants do not have sufficient information to admit or deny and, on that basis, deny the allegations in Paragraph 30.

31. Answering Paragraph 31, Defendants do not have sufficient information to admit or deny and, on that basis, deny the allegations in Paragraph 31.

32. Answering Paragraph 32, Defendants do not have sufficient information to admit or deny and, on that basis, deny the allegations in Paragraph 32.

33. Answering Paragraph 33, Defendants do not have sufficient information to admit or deny and, on that basis, deny the allegations in Paragraph 33.

34. Answering Paragraph 34, Defendants do not have sufficient information to admit or deny and, on that basis, deny the allegations in Paragraph 34.

35. Answering Paragraph 35, Defendants do not have sufficient information to admit or deny and, on that basis, deny the allegations in Paragraph 35.

36. Answering Paragraph 36, Defendant Parashos denies each and every allegation in Paragraph 36.

37. Answering Paragraph 37, Defendants do not have sufficient information to admit or deny and, on that basis, deny the allegations in Paragraph 37.

38. Answering Paragraph 38, Defendants do not have sufficient information to admit or deny and, on that basis, deny the allegations in Paragraph 38.

## FIRST CAUSE OF ACTION
## VIOLATION OF 42 U.S.C. § 1983
## FIFTH AND FOURTEENTH AMENDMENTS – DUE PROCESS

39. Answering Paragraph 39, Defendants incorporate by reference their responses to Paragraphs 1-38.

40. Answering Paragraph 40, Defendants do not have sufficient information to admit or deny and, on that basis, deny the allegations in Paragraph 40.

41. Answering Paragraph 41, Defendants do not have sufficient information to admit or deny and, on that basis, deny the allegations in Paragraph 41.

42. Paragraph 42 contains legal conclusions to which no answer is required.

43. Paragraph 43 contains legal conclusions to which no answer is required.

44. Paragraph 44 contains legal conclusions to which no answer is required.

45. Paragraph 45 contains legal conclusions to which no answer is required.

46. Answering Paragraph 46, Defendants do not have sufficient information to admit or deny and, on that basis, deny the allegations in Paragraph 46.

47. Answering Paragraph 47, Defendants do not have sufficient information to admit or deny and, on that basis, deny the allegations in Paragraph 47.

48. Answering Paragraph 48, Defendants do not have sufficient information to admit or deny and, on that basis, deny the allegations in Paragraph 48.

49. Paragraph 49 contains legal conclusions to which no answer is required.

**SECOND CAUSE OF ACTION**

**NEGLIGENCE**

50.-55. The second cause of action has been dismissed and is not currently at issue. As a result, no answer to Paragraphs 50 through 55 is required. Defendants reserve their right to respond to this cause of action by any means permitted by law should it be renewed or realleged.

/ / /

/ / /

/ / /

## THIRD CAUSE OF ACTION
## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

56.-61. The third cause of action has been dismissed and is not currently at issue. As a result, no answer to Paragraphs 56 through 61 is required. Defendants reserve their right to respond to this cause of action by any means permitted by law should it be renewed or realleged.

## FOURTH CAUSE OF ACTION
## NEGLIGENT MISREPRESENTATION

62.-65. The fourth cause of action has been dismissed and is not currently at issue. As a result, no answer to Paragraphs 62 through 65 is required. Defendants reserve their right to respond to this cause of action by any means permitted by law should it be renewed or realleged.

## FIFTH CAUSE OF ACTION
## FRAUDULENT MISREPRESENTATION

66.-68. The fourth cause of action has been dismissed and is not currently at issue. As a result, no answer to Paragraphs 66 through 68 is required. Defendants reserve their right to respond to this cause of action by any means permitted by law should it be renewed or realleged.

## PRAYER FOR RELIEF

Answering Plaintiff's prayer for relief, Defendants deny that Plaintiff is entitled to the relief requested or any relief, and further deny that Plaintiff has been damaged in any nature or amount.

## AFFIRMATIVE DEFENSES

As a further and separate answer to the allegations contained in the Complaint, Defendants submit the following affirmative defenses:

/ / /

/ / /

/ / /

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

The complaint against Defendants fails to state a claim upon which relief can be granted against Defendants.

## SECOND AFFIRMATIVE DEFENSE
### (Eleventh Amendment)

The complaint against Defendants is barred by the Eleventh Amendment of the United States Constitution.

## THIRD AFFIRMATIVE DEFENSE
### (Absolute and Qualified Immunity)

Defendants allege that they were privileged to perform any and all of the actions alleged and otherwise exercised reasonable diligence in the discharge of the duties applicable to them.  Therefore, Defendants are immune from suit under both absolute and qualified immunity.

## FOURTH AFFIRMATIVE DEFENSE
### (Failure to Reasonably Mitigate)

Plaintiff has failed, refused, or neglected to mitigate or avoid the damages complained of in the complaint.  As such, Plaintiff is barred, in whole or in part, from recovering monetary damages from Defendants.

## FIFTH AFFIRMATIVE DEFENSE
### (Estoppel)

Plaintiff is barred by the doctrine of estoppel from all forms of relief sought in the complaint.

## SIXTH AFFIRMATIVE DEFENSE
### (Waiver)

Plaintiff is barred by the doctrine of waiver from all forms of relief sought in the complaint.

///

## SEVENTH AFFIRMATIVE DEFENSE

**(Reservation of Rights)**

Defendants do not presently know all of the facts and circumstances respecting Plaintiff's complaint, and therefore, reserve the right to amend this answer should they later discovery information demonstrating the existence of additional affirmative defenses.

Wherefore, Defendants pray as follows:

1. That the action be dismissed with prejudice;
2. That Plaintiff take nothing by this action;
3. That Defendants recover costs of suit incurred herein; and
4. For such other and further relief as the Court deems just and proper.

Dated: May 31, 2023         QUARLES & BRADY LLP

By:   */s/ Heather C. Davis*
CORRIE J. KLEKOWSKI
HEATHER C. DAVIS
Attorneys for Defendants The Board of Trustees of the California State University; Andrea Parashos; and Lee Mintz