CORRIE J. KLEKOWSKI (SBN 251338)
corrie.klekowski@quarles.com
HEATHER C. DAVIS (SBN 307850)
heather.davis@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile:  619-615-0700

Attorneys for Defendants The Board of Trustees of the California State University; Andrea Parashos; and Lee Mintz

Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
E-Mail: keithaltman@kaltmanlaw.com

Attorneys for Plaintiff John Lema

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Lema,<br><br>           Plaintiff,<br><br>      v.<br><br>The Board of Trustees of the California State University System, through its subdivision San Diego State University, Andrea Parashos (in her Individual Capacity), Lee Mintz (in her Individual Capacity), and Does 1-20 (in Their Individual Capacities),<br><br>           Defendants. | Case No. 21CV2131 JAH KSC<br><br>**JOINT STIPULATION TO CONTINUE DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>District Judge: Hon. John A. Houston<br>Crtrm.:          13B<br>Mag. Judge:   Hon. Karen S. Crawford<br>Crtrm:           Suite 1010<br>Trial Date:     Not Set<br><br>**EXEMPT FROM FEES<br>GOVT. CODE § 6103** |

Plaintiff JOHN LEMA ("Plaintiff") and Defendants THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY ("CSU"), ANDREA PARASHOS and LEE MINTZ (collectively "Defendants") ("Plaintiff" and "Defendants" may be jointly referred to herein as "the Parties"), though their respective undersigned counsel, submit this Joint Stipulation to Continue the Date of Defendants' Responsive Pleading to Plaintiff's Amended Complaint.

1. WHEREAS, Defendants' current deadline to respond to the Plaintiff's Amended Complaint is June 23, 2023;

2. WHEREAS, Plaintiff has agreed to extend Defendants' deadline to file a response to the Amended Complaint by two weeks to July 7, 2023;

3. WHEREAS, the extension to Defendants' responsive pleading deadline is necessary to allow the Parties time to resolve issues related to CSU's dismissal from the action and to discuss informal resolution of Plaintiff's remaining claims, and therefore possibly avoid the time and resources required by further litigation;

4. WHEREAS, the extension to Defendants' responsive pleading deadline does not unfairly delay the matter or cause the Court to extend judicial resources unnecessarily; and

5. WHEREAS, this is the first request to extend Defendants' responsive pleading deadline in this action.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  The Parties stipulate and agree as follows: The deadline for Defendants' to
2  answer or otherwise respond to Plaintiff's Amended Complaint is July 7, 2023.
3  IT IS SO STIPULATED.

4 Dated: June 22, 2023                    QUARLES & BRADY LLP

6                                          By: *Heather Davis*
7                                          CORRIE J. KLEKOWSKI
                                           HEATHER C. DAVIS
8                                          Attorneys for Defendants The Board of
                                           Trustees of the California State University;
9                                          Andrea Parashos; and Lee Mintz

11 Dated: June 22, 2023                   THE LAW OFFICE OF KEITH ALTMAN

14                                         By: *[signature]*
                                           KEITH ALTMAN
15                                         Attorneys for Plaintiff John Lema