KEITH ALTMAN (SBN 257309)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney For Plaintiff John Lema*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Lema,<br><br>*Plaintiff,*<br><br>v.<br><br>The Board of Trustees of the California State University System, through its subdivision San Diego State University, et al.,<br><br>*Defendants.* | Case No. 3:21-cv-02131-JAH-KSC<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>District Judge: Hon. John A. Houston<br>Crtrm: 13B<br><br>Mag. Judge: Hon. Karen S. Crawford<br>Crtrm: Suite 1010<br><br>Trial Date: Not Set |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff John Lema and their counsel, hereby request that Defendant the Board of Trustees of the California University System ONLY be dismissed from this action, with prejudice. Each party shall bear their own costs and fees, including attorneys' fees.

It is further requested that The Board of Trustees of the California State University System be removed from the Court's docket caption.

Dated: July 19, 2023                Respectfully Submitted,

Keith Altman, Esq. (SBN 257309)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff John Lema*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2023, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, thereby serving all registered users in this case.

/s/ Keith Altman
Keith Altman, Esq.