UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEMA,<br><br>                                    Plaintiff,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY SYSTEM, through its subdivision San Diego State University, ANDREA PARASHOS (in her individual capacity), LEE MINTZ (in her individual capacity), and DOES 1-20 (in their individual Capacities),<br><br>                                    Defendants. | Case No.:  3:21-cv-02131-JAH-KSC<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS**<br><br><br><br>**ECF No. 19.** |

On July 19, 2023, Plaintiff John Lema filed a Notice of Voluntary Dismissal of Defendant The Board Of Trustees of the California State University System, through its subdivision San Diego State University ("Defendant BOT"). (ECF No. 20). Accordingly, the Court DENIES as moot Defendant BOT's motion to dismiss. (ECF No. 19).

**IT IS SO ORDERED.**

DATED: July 26, 2023

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

1

3:21-cv-02131-JAH-KSC