1  CORRIE J. KLEKOWSKI (SBN 251338)
   corrie.klekowski@quarles.com
2  HEATHER C. DAVIS (SBN 307850)
   heather.davis@quarles.com
3  **QUARLES & BRADY LLP**
   101 West Broadway, Ninth Floor
4  San Diego, California 92101-8285
   Telephone: 619-237-5200
5  Facsimile:  619-615-0700

6  Attorneys for Defendants The Board of
   Trustees of the California State
7  University; Andrea Parashos; and Lee
   Mintz

8
                **UNITED STATES DISTRICT COURT**
9
               **SOUTHERN DISTRICT OF CALIFORNIA**
10

11
   John Lema,                          | Case No. 21CV2131 JAH KSC
12
            Plaintiff,                  | **DEFENDANTS PARASHOS AND
13                                      | MINTZ'S OBJECTIONS TO
            v.                          | EVIDENCE SUBMITTED BY
14                                      | PLAINTIFF IN OPPOSITION TO
   The Board of Trustees of the California | DEFENDANTS' SPECIAL MOTION
15 State University System, through its | TO STRIKE PLAINTIFF'S FIRST
   subdivision San Diego State University, | AMENDED COMPLAINT [CCP §
16 Andrea Parashos (in her Individual  | 425.16]**
   Capacity), Lee Mintz (in her Individual |
17 Capacity), and Does 1-20 (in Their  | District Judge: Hon. John A. Houston
   Individual Capacities),              | Crtrm.:          13B
18                                      | Mag. Judge:      Hon. Karen S. Crawford
            Defendants.                 | Crtrm:           Suite 1010
19                                      | Trial Date:      Not Set

20                                      |     **EXEMPT FROM FEES
                                        |     GOVT. CODE § 6103**
21

22

23

24

25

26

27

28

                                        Case No. 21CV2131 JAH KSC

1    Defendants Andrea Parashos and Lee Mintz (collectively "Defendants")

2 submit the following objections to the evidence submitted by Plaintiff John Lema in

3 opposition to Defendants' Special Motion to Strike Plaintiff's First Amended

4 Complaint [C.C.P. § 425.16] and for Attorneys' Fees.  Defendants respectfully

5 request that the Court issue a ruling on each objection.

6    On a special motion to strike under California Code of Civil Procedure

7 section 425.16, the state's anti-SLAPP statute, once it is shown that a cause of

8 action arises out of the anti-SLAPP statute, the burden shifts to plaintiffs to establish

9 as a matter of law that no such protection exists by showing a "probability" that

10 plaintiffs will prevail on the challenged claims.  *Governor Gray Davis Committee v.*

11 *American Taxpayers Alliance*; 102 Cal.App.4th 449, 458-459 (2002); Code Civ.

12 Proc., § 425.16(b).

13    <u>A plaintiff must produce evidence that would be admissible at trial to sustain</u>

14 <u>his burden</u>; declarations cannot include hearsay, legal argument, or inadmissible

15 opinion.  *Gilbert v. Sykes*; 147 Cal.App.4th 13, 26 (2007) ["declarations that lack

16 foundation or personal knowledge, or that are argumentative, speculative,

17 impermissible opinion, hearsay, or conclusory are to be disregarded"]; *Premier*

18 *Med. Mgmt. Systems, Inc. v. California Ins. Guar. Ass'n.*; 136 Cal.App.4th 464, 476

19 (2006); *Roberts v. Los Angeles County Bar Ass'n.*, 105 Cal.App.4th 604, 613-614

20 (2003); *Morrow v. Los Angeles Unified School Dist.*, 149 Cal.App.4th 1424, 1445

21 (2007).  The following portions of Plaintiff's opposition would be inadmissible at

22 trial.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

## OBJECTIONS TO EVIDENCE

## EXHIBITS ATTACHED TO PLAINTIFF'S OPPOSITION

| Evidence Objected To | Basis for Objection | Ruling Circled |
|---|---|---|
| 1. Exhibit A to Plaintiff's Opposition. Dkt. 22-1. | The document has not been properly authenticated by a witness with knowledge that the document is what Plaintiff claims it is.  Fed. R. Evid. 901.<br><br>Document constitutes inadmissible hearsay because it is an out-of-court statement being offered to prove the truth of the matter asserted.  Fed. R. Evid. 801.  No hearsay exception applies.<br><br>Lacks foundation.  Fed. R. Evid. 602. | Sustained<br><br>Overruled |
| 2. Exhibit B to Plaintiff's Opposition. Dkt. 22-2. | The document has not been properly authenticated by a witness with knowledge that the document is what Plaintiff claims it is.  Fed. R. Evid. 901.<br><br>Document constitutes inadmissible hearsay because it is an out-of-court statement being offered to prove the truth of the matter asserted.  Fed. R. Evid. 801.  No hearsay exception applies.<br><br>Lacks foundation.  Fed. R. Evid. 602. | Sustained<br><br>Overruled |

Dated:  August 16, 2023                QUARLES & BRADY LLP


By:  _____ */s/ Heather C. Davis* _____
          CORRIE J. KLEKOWSKI
          HEATHER C. DAVIS
          Attorneys for Defendants The Board of
          Trustees of the California State University;
          Andrea Parashos; and Lee Mintz