# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEMA,<br><br>                     Plaintiff,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY SYSTEM, through its subdivision of the California State University System; ANDREA PARASHOS, in her individual capacity; LEE MINTZ, in her individual capacity; and DOES 1-20,<br><br>                     Defendants. | Case No.: 3:21-cv-02131-JAH-KSC<br><br>**ORDER VACATING HEARING** |

Pending before the Court is Defendants Andrea Parashos and Lee Mintz's Motion to Strike the Amended Complaint. (ECF No. 18). After a careful review of the pleadings, the Court deems the motion suitable for adjudication without oral argument. *See* CivLR 7.1.d.1. Accordingly, IT IS HEREBY ORDERED the motion is taken under submission without oral argument and the hearing set for August 23, 2023, at 2:00 p.m. is **VACATED**. The Court will issue an order in due course.

**IT IS SO ORDERED.**

DATED: August 17, 2023

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE