CORRIE J. KLEKOWSKI (SBN 251338)
corrie.klekowski@quarles.com
HEATHER C. DAVIS (SBN 307850)
heather.davis@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile:  619-615-0700

Attorneys for Defendants The Board of Trustees of the California State University; Andrea Parashos; and Lee Mintz

KEITH ALTMAN (SBN 257309)
keithaltman@kaltmanlaw.com
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929

Attorney for Plaintiff JOHN LEMA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Lema,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>The Board of Trustees of the California State University System, through its subdivision San Diego State University, Andrea Parashos (in her Individual Capacity), Lee Mintz (in her Individual Capacity), and Does 1-20 (in Their Individual Capacities),<br><br>　　　　Defendants. | Case No. 21CV2131 JAH KSC<br><br>**JOINT STIPULATION REGARDING ATTORNEYS' FEES RELATED TO DEFENDANTS' SPECIAL MOTION TO STRIKE THE AMENDED COMPLAINT**<br><br>District Judge:　Hon. John A. Houston<br>Crtrm.:　　　　13B<br>Mag. Judge:　　Hon. Karen S. Crawford<br>Crtrm:　　　　Suite 1010<br>Trial Date:　　Not Set<br><br>**EXEMPT FROM FEES<br>GOVT. CODE § 6103** |

Case No. 21CV2131 JAH KSC

Pursuant to the Order Granting Defendants Andrea Parashos and Lee Mintz's Special Motion to Strike the Amended Complaint (Dkt. 26), entered on March 28, 2024, the Parties, though their respective undersigned counsel, submit this Joint Stipulation. On April 9, 2024, the Parties telephonically conferred regarding Defendants' attorney's fees incurred in connection with their Special Motion to Strike. During their conference, the Parties discussed and agreed to settle Plaintiff's claims and dismiss the Action with prejudice. The Parties are currently negotiating a written settlement agreement, and anticipate filing a request for dismissal within the next two weeks.

Dated: April 26, 2024         QUARLES & BRADY LLP

                              By:    */s/ Heather C. Davis*
                                  CORRIE J. KLEKOWSKI
                                  HEATHER C. DAVIS
                                  Attorneys for Defendants The Board of
                                  Trustees of the California State University;
                                  Andrea Parashos; and Lee Mintz

Dated: April 26, 2024         THE LAW OFFICE OF KEITH ALTMAN

                              By:    */s/ Keith Altman*
                                  KEITH ALTMAN
                                  Attorneys for Plaintiff John Lema

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this stipulation is acceptable to all persons required to sign this document. Attorney Keith Altman, attorney for plaintiff, has authorized me to affix his CM/ECF electronic signature to this stipulation.

Dated: April 26, 2024          By:     */s/ Heather C. Davis*
                                       HEATHER C. DAVIS