KEITH ALTMAN (SBN 257309)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney For Plaintiff John Lema*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| John Lema, | Case No. 3:21-cv-02131-JAH-KSC |
|---|---|
| *Plaintiff,* | **JOINT REQUEST FOR DISMISSAL WITH PREJUDICE** |
| v. | District Judge: Hon. John A. Houston<br>Crtrm: 13B |
| The Board of Trustees of the California State University System, through its subdivision San Diego State University, et al., | Mag. Judge: Hon. Karen S. Crawford<br>Crtrm: Suite 1010 |
| *Defendants.* | Trial Date: Not Set |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff John Lema and Defendants Andrea Parashos, Lee Mintz, and DOES 1-20, by and through their respective attorneys, respectfully jointly request this action be dismissed in its entirety, with prejudice. Each party shall bear its/their own costs and fees, including attorneys' fees. The parties request that the Clerk of Court now close this case.

- 1 -

Dated: May 17, 2024    Respectfully Submitted,

*/s/ Keith Altman*
Keith Altman, Esq. (SBN 257309)
THE LAW OFFICE OF KEITH ALTMAN
*Attorney for Plaintiff John Lema*

Dated: May 17, 2024    */s/ Heather C. Davis (w/ permission)*
Corrie J. Klekowski
Heather C. Davis
*Attorneys for Defendants The Board of Trustees of the California State University; Andrea Parashos; and Lee Mintz*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2024, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, thereby serving all registered users in this case.

*/s/ Keith Altman*
Keith Altman, Esq.